Alan Dexter Bowman, P.A.
Gateway I, Suite 105
Newark, New Jersey (07102)
(973) 622-2225

---

| | | |
|---|---|---|
| United States of America | : | United States District Court |
| Plaintiff | : | District of New Jersey |
| | : | Docket No. 10-00143-001 |
| v. | : | |
| | : | **Criminal Action** |
| | : | Consent Order |
| Shekhar Desai | : | |
| Defendant | : | |

---

This matter having been opened to the Court, the Honorable Dickinson R. Debevoise, U.S.D.J., presiding, on behalf of defendant Shekhar Desai, by his counsel, Alan Dexter Bowman, Esq. for an order facilitating return of defendant's passport from Pre-trial Services, and AUSA Joseph Mack having consented hereto;

It is on this 3rd day of November, 2010 ordered that the passport be returned to defendant Shekhar Desai.

_____
Honorable Dickinson R. Debevoise, U.S.D.J.

Consented As To Form


_____
AUSA Joseph Mack