| | | |
|---|---|---|
| United States of America<br>Plaintiff<br><br>v.<br><br>Shekhar Desai<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | United States District Court<br>District of New Jersey<br>Docket No. 10-00143-001<br><br>**Criminal Action**<br>Consent Order |

To:   Clerk, District Court
      District Court of New Jersey
      Martin Luther King, Jr.
      Federal Building & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07102

      Honorable Dickinson R. Debevoise, U.S.D.J.
      Martin Luther King, Jr. Fed. Bldg & Cths
      50 Walnut Street
      Newark, NJ 07102

      AUSA Joseph Mack
      United States Department of Justice
      U.S. Attorney, District of New Jersey
      970 Broad Street, 7th Floor
      Newark, New Jersey 07102

This matter having been opened to the Court, the Honorable Dickinson R. Debevoise, U.S.D.J., presiding, on behalf of defendant Dr. Shekhar Desai, by his attorney, Alan Dexter Bowman, Esq. for an order permitting him to travel to India to visit his elderly parents from October 11, 2011 to November 10, 2011, and the United States having consented to this order, by AUSA Joseph Mack;

It is on this 22nd day of September, 2011 ordered that Dr. Shekhar Desai is permitted to travel to India to visit his parents between the dates of October 11, 2011 to November 10, 2011.

_____
Honorable Dickinson R. Debevoise, U.S.D.J.

Consented As To Form

_____
AUSA Joseph Mack